UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Miguel Angel PALOMARES-Lopez<br><br>Defendant | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(iii)<br>Harboring and Concealing (Felony)<br><br>'08 MJ 2083 |

FILED
2008 JUL 10 AM 8:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about May 27, 2008, within the Southern District of California, defendant **Miguel Angel PALORMARES-Lopez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that certain alien, namely, **Luis Miguel MEDINA-Soto,** had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield from detection said alien, and attempt to conceal, harbor and shield from detection said alien, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jamie S. Arnold
FBI Special Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **July, 2008**

WILLIAM MCCURINE, JR.
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Miguel Angel PALOMARES-Lopez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Luis Miguel MEDINA-Soto** is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 27, 2008, at approximately 2:30 p.m., Murrieta Border Patrol Agents received a report from a Senior Patrol Agent assigned to the Smuggling Interdiction Group regarding a 2000 Mitsubishi Eclipse sedan suspected of transporting illegal aliens. The report included the California license plate number and physical description of the vehicle.

At approximately 3:20 p.m., Border Patrol Agent Regalado was observing northbound traffic on Interstate 15 between Highway 76 and Mission Road, near the Temecula, California Border Patrol checkpoint. Agent Regalado observed the 2000 Mitsubishi Eclipse sedan with three occupants pass his location. Agent Regalado conducted a vehicle stop, but the driver of the Eclipse failed to yield. The Eclipse continued northbound on I-15 and exited at the Rancho California exit where it encountered heavy traffic. Agent Regalado and Border Patrol Agent Gonzalez approached the vehicle, identified themselves as Border Patrol Agents, and determined that the occupants of the vehicle were illegal aliens. Agents Regalado and Gonzalez arrested the occupants and transported them to the Murrieta Border Patrol Station.

The driver of the vehicle was prosecuted for violations of Title 8 U.S.C. 1324. Two of the three passengers in the vehicle were retained as material witnesses. One of the material witnesses was identified as Luis Miguel MEDINA-Soto.

### MATERIAL WITNESS STATEMENT:

Material witness Luis Miguel MEDINA-Soto agreed in summary that he is a citizen and national of Mexico illegally present in the United States. He admitted to entering the United States illegally. MEDINA-Soto stated he was to pay a fee of $3,500.00 to be smuggled into the United States. MEDINA-Soto stated he was smuggled through the pedestrian lanes of the San Ysidro Port of Entry with an imposter document provided to him by an unknown smuggler. Once in the United States, **Miguel Angel PALOMARES-Lopez** transported MEDINA-Soto to his apartment located at 4962 Logan Avenue Apt. 2, San Diego, California. PALOMARES-Lopez harbored MEDINA-Soto in his apartment until later when MEDINA-Soto was directed to load into the previously mentioned Mitsubishi Eclipse. MEDINA-Soto identified Miguel Angel PALOMARES-Lopez from an array of photographs as the individual who harbored him in his apartment.