AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

**FILED**
2008 AUG 18 PM 12: 09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Miguel Angel PALOMARES-LOPEZ

**WARRANT FOR ARREST**

Case Number: 08mj2083

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Miguel Angel PALOMARES-LOPEZ
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

8 USC 1324 (a)(1)(A)(iii) -Harboring Illegal Aliens

in violation of Title  8  United States Code, Section(s)  1324 (a)(1)(A)(iii)

WILLIAM McCURINE, JR.
Name of Issuing Officer
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

7/9/2008
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

4962 Logan Avenue, Apart. #2, San Diego, CA 92113

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/9/2008 | Omar Ramirez, Senior Patrol Agent | |
| DATE OF ARREST 8/15/2008 | | |