AO 442    (Rev. 10/03) Warrant for Arrest

MIP
FID No. 1538780

# UNITED STATES DISTRICT COURT

FILED
2008 AUG 19 AM 8:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

District of _____

UNITED STATES OF AMERICA

V.

Miguel Angel PALOMARES-LOPEZ

**WARRANT FOR ARREST**

Case Number: **'08 MJ 2083**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Miguel Angel PALOMARES-LOPEZ
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with    (brief description of offense)

8 USC 1324 (a)(1)(A)(iii) -Harboring Illegal Aliens

RECEIVED
2008 JUL 10 A 11:15
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

in violation of Title    8    United States Code, Section(s)    1324 (a)(1)(A)(iii)

~~Jamie S. Arnold~~    **WILLIAM McCURINE, JR.**
Name of Issuing Officer    **U.S. MAGISTRATE JUDGE**

/s/ W McCurine
Signature of Issuing Officer

~~Special Agent, FBI~~
Title of Issuing Officer

7/9/2008
Date and Location

DATE 8/15/08
ARRESTED BY   FBI-S.D.

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY /s/ Sara Rogers    RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II'S    FBI    0303